1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Tenth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  JAN LASHLEY AND JERRY LASHLEY   )
                                    )   No. C 05-3288 WHA
12       Plaintiff,                 )
                                    )   **JOINT STIPULATION FOR**
13       v.                         )   **ADMINISTRATIVE RELIEF UNDER**
                                    )   **CIVIL LOCAL RULE 7-11 AND**
14  UNITED STATES OF AMERICA        )   ~~**PROPOSED**~~ **ORDER**
                                    )
15       Defendant.                 )
                                    )
16

17

18

19

20

21

22

23

24

25

26

27

28

Subject to the Agreement of the Court, the Parties Stipulate by and through their counsel of record to extend the time period for completion of mediation in this case from February 17, 2006 to March 3, 2006, for the reasons outlined in this stipulation:

1. This case involves personal injuries to Jan Lashley suffered when she fell on a staircase at Battery Mendell in Marin County in August 2004. Her husband Jerry Lashley has a loss of consortium claim. The Lashleys are residents of Ohio.

2. The parties make this request due to health concerns for plaintiff Jerry Lashley, which have made it difficult for counsel to schedule the plaintiffs' depositions. In November 2003 Mr. Lashley suffered a heart attack and doctors installed both a pacemaker, and a defibrillator. Recently, in October 2005, he was diagnosed with congestive heart failure and admitted to the intensive care unit of a hospital. During this admission he also experienced kidney failure. He was discharged in late October 2005, but returned to the hospital in early November 2005. He spent much of November 2005 in and out of the hospital with both heart and kidney problems. He has been told he is in very frail health. While these serious medical problems are unrelated to the claims in this case, they have prevented Mr. Lashley from participating in the proceedings through giving his deposition.

3. Counsel have scheduled Mr. Lashley's deposition for February 16, 2006 in Columbus, Ohio. Plaintiff's counsel has been advised that Mr. Lashley will be able to go forward at that time. Earlier efforts by the parties to schedule Mr. Lashley's deposition have not been successful due to his serious medical problems.

4. Under the pending case management timetable for this case, the mediation must be completed by February 17, 2006.

5. Both parties, as well as the mediator Christopher Johns, agree that the plaintiffs' depositions should be completed before the mediation. In order to give the parties a short period of time to analyze the plaintiffs' testimony and prepare for the

mediation, the parties request a brief extension of the deadline for completing the mediation.

Under Civil Local Rule 7-11, the parties stipulate to the extension of the time period for completion of mediation in this case by approximately 14 days, through and including March 3, 2006, and request that the Court sign the order below.  The parties and the mediator have tentatively agreed to conduct the mediation on February 28, 2006, provided this application is successful.

SO STIPULATED.

DATED: January 5, 2006                WALKUP MELODIA KELLY WECHT & SCHOENBERGER


                                      _____/s/_____
                                      DOUGLAS S. SAELTZER
                                      Attorney for Plaintiff Donna Stafford


DATED: January 5, 2006                KEVIN V. RYAN
                                      United States Attorney


                                      _____/s/_____
                                      JONATHAN U. LEE
                                      Assistant United States Attorney
                                      Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: __January 6, 2006__            _____
                                      HON. WILLIAM ALSUP
                                      UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

STIPULATION AND ~~PROPOSED~~ ORDER (CIVIL LOCAL RULE 7-11)
C 05-3288 WHA                              -3-