LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
**ATTORNEYS FOR PLAINTIFFS**

FILED

FEB 06 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN LASHLEY and JERRY LASHLEY | Case No. C 05-03288 WHA |
| Plaintiffs, | ~~PROPOSED~~ ORDER |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendants. | |

Pursuant to Local Rule 4-9(c), plaintiffs JAN and JERRY LASHLEY are hereby excused from personal attendance at the mediation scheduled for February 28, 2006. They will be available via telephone.

IT IS SO ORDERED.

Dated: 2/6/06

THE HON. WAYNE D. BRAZIL
U.S. Magistrate Judge

cc: WHA, WDB, ADR, neutral, starts, requesting party with direction to serve all parties.

PROPOSED ORDER - CASE NO. C 05-03288 WHA