IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN LASHLEY; JERRY LASHLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ / | No. C 05-03288 WHA<br><br>**ORDER RE SUPPLEMENTAL BRIEFS** |

    As stated at oral argument, plaintiffs may file a supplemental brief not exceeding five pages in length, due by **4 P.M. ON SEPTEMBER 15, 2006.** Any response by the United States shall not exceed one page, and will be due by **NOON ON SEPTEMBER 18, 2006.**

    **IT IS SO ORDERED.**

Dated: September 14, 2006

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE