```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  JONATHAN U. LEE (SBN 148792)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Ninth Floor
 5     San Francisco, California 94102
       Telephone:     (415) 436-6909
 6     Facsimile:     (415) 436-6748
       Email: jonathan.lee@usdoj.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAN LASHLEY AND JERRY LASHLEY ) | No. 05-3288 WHA |
| ) Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| ) v. ) | |
| ) UNITED STATES OF AMERICA ) | |
| ) Defendant. ) | |
| ) ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiffs Jan and Jerry Lashley and Defendant United States of America stipulate to the dismissal with prejudice of <u>Lashley and Lashley v. United States</u>, Northern District of California case number C 05-3288 WHA. Each party will bear its own costs.

DATED: October 27, 2006         /s/
                                JAN LASHLEY
                                Plaintiff

DATED: October 27, 2006         /s/
                                JERRY LASHLEY
                                Plaintiff

STIPULATION and ~~PROPOSED~~ ORDER
C 05-3288 WHA                   -1-

WALKUP MELODIA KELLY WECHT & SCHOENBERGER

DATED: November 8, 2006     /s/
DOUGLAS S. SAELTZER
Attorney for Plaintiffs Jan and Jerry Lashley

KEVIN V. RYAN
United States Attorney

DATED: November 9, 2006     /s/
JONATHAN U. LEE
Attorneys for Defendants

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED:**

DATED: November 9, 2006     _____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION and ~~PROPOSED~~ ORDER
C 05-3288 WHA                    -2-